# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Schiller Park Hospitality, LLC | ) |
| | ) Case No. 25-01447 |
| Debtor and Debtor-in-possession. | ) |
| | ) Hon. David D. Cleary |
| | ) |

## NOTICE OF OBJECTION

**Please Take Notice** that CRE Bridge Capital LLC objects to and requests the opportunity to be heard with respect to *Emergency Motion for Turnover Order of the Debtor's Funds Held in the Possession of CRE Bridge Capital, LLC and Motion For Order Permitting Debtor to Use Cash Collateral Belonging to CRE Bridge Capital, LLC Regarding the Debtor's Hotel and Real Estate*, (Dkt. 7) currently noticed for hearing on January 31, 2025, at 11:00 a.m. before the Honorable David D. Cleary.

Date: January 31, 2025

*CRE Bridge Capital LLC*

By:  */s/ Jack O'Connor*
  One of its Attorneys

Harold D. Israel (IL No. 6216289)
Jack O'Connor (IL No. 6302674)
LEVENFELD PEARLSTEIN, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Tel: 312.346.8380
hisrael@lplegal.com
joconnor@lplegal.com

*Counsel to CRE Bridge Capital LLC*

# CERTIFICATE OF SERVICE

       I, Jack O'Connor, an attorney, hereby certify that on January 31, 2025, true copies of this notice of objection were filed and served as set forth on the below Service List.

                                                  */s/ Jack O'Connor*

## SERVICE LIST

*Via ECF*

**Bach Law Offices**
Attn: Paul M. Bach
P.O. Box 1285
Northbrook, IL 60065
paul@bachoffices.com

**Office of the United States Trustee, Region 11**
Attn: Adam. G Brief, Acting U.S. Trustee
Ustpregion11.es.ecf@usdoj.gov