# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Schiller Park Hospitality LLC, ) | NO. 25-01447 |
| ) | |
| Debtor. ) | |
| ) | Chapter 11 |
| ) | |
| ) | Honorable Judge David D. Cleary |

## NOTICE OF MOTION

TO:　See Attached Certificate of Service

PLEASE TAKE NOTICE that on March 12, 2025, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, or electronically as described below, and present Schiller Park Hospitality LLC's MOTION TO EMPLOY ATTORNEYS PAUL M. BACH AND PENELOPE N. BACH, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and Passcode Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　　　　　BY:　S/ PAUL M. BACH
　　　　　　　　　　　　　　　　　　　　　　　　BACH LAW OFFICES, INC.
　　　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEBTOR
　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 1285
　　　　　　　　　　　　　　　　　　　　　　　　NORTHBROOK, ILLINOIS 60065
　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (847) 564 0808
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY NO: 6209530

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Schiller Park Hospitality LLC, | ) NO. 25-01447 |
| | ) |
| Debtor. | ) |
| | ) Chapter 11 |
| | ) |
| | ) Honorable Judge David D. Cleary |

## MOTION TO EMPLOY ATTORNEYS PAUL M. BACH AND PENELOPE N. BACH

NOW COMES, the Debtor, Schiller Park Hospitality LLC, by and through its attorneys Paul M. Bach, and Penelope N. Bach of Bach Law Offices, Inc. and pursuant to 11 USC 327 and Federal Rule of Bankruptcy Procedure 2014 moves this Honorable Court for authority to retain counsel Paul M. Bach and Penelope N. Bach as attorneys for Schiller Park Hospitality LLC as Debtor and Debtor in Possession, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on January 30, 2025.

2. Schiller Park Hospitality LLC requires the assistance of counsel to represent the Debtor in matters concerning negotiation with creditors, preparation of a plan and disclosures statement, examining and resolving claims filed against the estate, preparation and prosecution of adversary matters, and otherwise to represent each Debtor in matters before this Court. The Debtor is not experienced in Chapter 11 matters and requires the expertise of counsel.

3. It is in the best interest of this estate and its economical administration that Paul M. Bach, and Penelope N. Bach of Bach Law Offices, Inc. be authorized to act as attorneys for each of the Debtors effective January 30, 2025.

4. Each of the attorneys and firms listed above are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this area and each has a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under the Bankruptcy Code.

5. The normal billing rate for attorneys Paul M. Bach and Penelope N. Bach at Bach Law Offices for this matter is $425.00 per hour.  My initial retainer and the court costs were paid in the amount of $25,000.00 including the filing fee of $1,738.00.  The amount of $3,612.50 was paid for pre-petition work performed leaving a retainer of $21,387.50.

6. It is contemplated that each of the attorneys on behalf of Bach Law Offices, Inc. will seek compensation based upon normal and usual billing rates.  It is further contemplated that said law firm will seek interim compensation as permitted by 11 USC 330 & 331.

WHEREFORE, the Debtor, Schiller Park Hospitality LLC, prays that Paul M. Bach, and Penelope N. Bach of Bach Law Offices, Inc. be authorized to act as attorneys for Schiller Park Hospitality LLC with compensation effective January 30, 2025 for such legal services to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow and for any further relief that this court deems just.

Respectively Submitted,
Schiller Park Hospitality LLC

DATED THIS THE 28TH DAY OF FEBRUARY, 2025.    BY:    /S/ PAUL M. BACH
BACH LAW OFFICES, INC.
COUNSEL FOR DEBTOR
P.O. BOX 1285
NORTHBROOK, IL 60062
PHONE:  (847) 564 0808