# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Schiller Park Hospitality LLC, | ) | NO. 25-01447 |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | Judge David D. Cleary |

## DECLARATION OF PAUL M. BACH

I, Paul M. Bach, declare:

1. I am a member of the law firm Bach Law Offices, Inc.

2. Applicant and other members and associates of Bach Law Offices, Inc. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. I had not represented or had any contact or connections with Amin Amdani, Bimal Doshi, Paul Busching, Fouzan Memon or other businesses owned by Amin Amdani (Palwaukee Hospitality LLC, Lake County Hospitality LLC, Sophia Hospitality LLC, SSR Hospitality LLC, SSS Hospitality LLC and SASAS Hospitality LLC), the Debtor's accountants prior to the Debtor being referred to me and consulting with me about filing bankruptcy and retaining my law firm. There are no connections between myself, the Debtor or the Debtor's creditors.

4. To the best of my knowledge, information and belief, this law firm, its members and associates are disinterested as defined by the Bankruptcy Code.

5. My initial retainer and the court costs were paid in the amount of $25,000.00 including the filing fee of $1,738.00. The amount of $3,612.50 was paid for pre-petition work performed leaving a retainer of $21,387.50.

6. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

7. I have had contacts with attorneys for certain creditors in other cases as well. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2025.

_____
Paul M. Bach

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Schiller Park Hospitality LLC, ) | NO. 25-01447 |
| Debtor ) | |
| ) | Chapter 11 |
| ) | Judge David D. Cleary |

**DECLARATION OF PENELOPE N. BACH**

I, Penelope N. Bach, declare:

1. I am a member of the law firm Bach Law Offices, Inc.

2. Applicant and other members and associates of Bach Law Offices, Inc. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. I had not represented or had any contact or connections with Amin Amdani, Bimal Doshi, Paul Busching, Fouzan Memon or other businesses owned by Amin Amdani (Palwaukee Hospitality LLC, Lake County Hospitality LLC, Sophia Hospitality LLC, SSR Hospitality LLC, SSS Hospitality LLC and SASAS Hospitality LLC), the Debtor's accountants prior to the Debtor being referred to me and consulting with me about filing bankruptcy and retaining my law firm. There are no connections between myself, the Debtor or the Debtor's creditors.

4. To the best of my knowledge, information and belief, this law firm, its members and associates are disinterested as defined by the Bankruptcy Code.

5. My initial retainer and the court costs were paid in the amount of $25,000.00 including the filing fee of $1,738.00. The amount of $3,612.50 was paid for pre-petition work performed leaving a retainer of $21,387.50.

6. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

7. I have had contacts with attorneys for certain creditors in other cases as well. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28TH day of February, 2025.

_____
Penelope N. Bach