# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| IN RE: | CASE NO: 25-01147 |
|---|---|
| Schiller Park Hospitality LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | Judge: David D. Cleary |

On 2/28/2025, I did cause a copy of the following documents, described below,

APPLICATION FOR ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY RONALD VILLIANI AS REAL ESTATE AGENT/BROKER FOR THE DEBTOR

MOTION TO EMPLOY ATTORNEYS PAUL M. BACH AND PENELOPE N. BACH

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/28/2025

/s/ Paul M. Bach
Paul M. Bach  6209530
Attorney at Law
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL  60065
630 575 8181
paul@bachoffices.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO: 25-01147 |
|---|---|
| Schiller Park Hospitality LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | Judge: David D. Cleary |

On 2/28/2025, a copy of the following documents, described below,

APPLICATION FOR ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY RONALD VILLIANI AS REAL ESTATE AGENT/BROKER FOR THE DEBTOR

MOTION TO EMPLOY ATTORNEYS PAUL M. BACH AND PENELOPE N. BACH

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/28/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul M. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL  60065

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (Undeliverable Address) not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AIMBRIDGE<br>5301 HEADQUARTERS DR<br>PLANO, TX 75024 | AIMBRIDGE HOSPITALITY, LLC<br>C/O RA C T CORPORATION SYSTEM<br>208 S. LASALLE STREET, SUITE 814<br>CHICAGO, ILLINOIS 60604 | ARUN SHARMA<br>10249 W. IRVING PARK RD<br>SCHILLER PARK, IL 60176 |
| COMMONWEATH EDISON<br>PO BOX 6111<br>CAROL STREAM, IL 60197 | COMMONWEATH EDISON COMPANY<br>C/O RA CORPORATE CREATIONS NETWORK INC.<br>1320 TOWER ROAD<br>SCHAUMBURG, ILLINOIS 60173 | CONSTELLATION NEW ENERGY-GAS DIVISION LLC<br>PO BOX 5471<br>CAROL STREAM, IL 60197-5471 |
| CONSTELLATION NEW ENERGY-GAS DIVISION LLC<br>C/O RA C T CORPORATION SYSTEM<br>208 S. LASALLE STREET, SUITE 814<br>CHICAGO, ILLINOIS 60604 | COOK COUNTY DEPARTMENT OF REVENUE<br>118 N. CLARK<br>CHICAGO, IL 60602 | COOK COUNTY TREASURER<br>118 N. CLARK<br>CHICAGO, IL 60602 |
| ENTERPRISE HOSPITALITY STAFFING<br>1420 W. MOCKINGBIRD LANE, SUITE 575<br>DALLAS, TX 75247 | FREEPOINT ENERGY SOLUTIONS LLC<br>3050 POST OAK BLVD, SUITE 1330<br>HOUSTON, TX 77056 | FREEPOINT ENERGY SOLUTIONS LLC<br>C/O RA ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, ILLINOIS 62703 |
| GUEST SUPPLY, INC.<br>PO BOX 6771<br>SOMERSET, NJ 08875-6771 | SYSCO GUEST SUPPLY, LLC<br>C/O RA ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, ILLINOIS 62703 | HD SUPPLY FACILITIES MAIN.<br>PO BOX 404468<br>ATLANTA, GA 30384-4468 |
| HD SUPPLY FACILITIES MAINTENANCE, LTD.<br>C/O RA ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, ILLINOIS 62703 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19035<br>SPRINGFIELD, IL 62794 | MARRIOT INTERNATIONAL<br>13682 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| MARRIOT INTERNATIONAL FRANCHISING, LLC<br>C/O RA ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, ILLINOIS 62703 | MIRAGE RESTAURANT<br>10255 IL-19<br>SCHILLER PARK, IL 60176 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM, IL 60197-5407 |
| NORTHERN ILLINOIS GAS COMPANY<br>C/O RA ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, ILLINOIS 62703 | UNITED HERE HEALTH<br>PO BOX 809335<br>CHICAGO, IL 60680-9335 | VILLAGE OF SCHAUMBURG<br>101 SCHAUMBURG CT<br>SCHAUMBURG, IL 60193-1881 |
| VILLAGE OF SCHILLER PARK<br>9526 WEST IRVING PARK RD<br>SCHILLER PARK, IL 60176-1984 | VILLAGE OF SCHILLER PARK - WATER AND SEW<br>9526 WEST IRVING PARK RD<br>SCHILLER PARK, IL 60176-1984 | |