**Fill in this information to identify the case:**

Debtor name    Schiller Park Hospitality, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-1447

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $    13,000,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $    663,883.51

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $    13,663,883.51

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    9,000,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $    747,322.43

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    2,306,977.67

4. **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b       $    12,054,300.10

**Fill in this information to identify the case:**

Debtor name _____Schiller Park Hospitality, LLC_____

United States Bankruptcy Court for the: ____NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ____1:25-bk-1447_____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Albany Bank | Checking | 3360 | $351,000.00 |
| 3.2. | Albany Bank - CRE Bridge Capital Lock Box | | | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $351,000.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | CommonWealth Edison | $80,855.00 |

Debtor   Schiller Park Hospitality, LLC                                    Case number *(If known)*   1:25-bk-1447
_____
Name

8.2.   Nicor Gas _____   $1,744.00

**9.**   **Total of Part 2.**                                                   $82,599.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:        16,804.92        -         0.00   = ....        $16,804.92
_____                _____
face amount                   doubtful or uncollectible accounts

11a. 90 days old or less:         6,361.20        -         0.00   = ....         $6,361.20
_____                _____
face amount                   doubtful or uncollectible accounts

11a. 90 days old or less:        18,204.92        -         0.00   = ....        $18,204.92
_____                _____
face amount                   doubtful or uncollectible accounts

11a. 90 days old or less:        17,517.24        -         0.00   = ....        $17,517.24
_____                _____
face amount                   doubtful or uncollectible accounts

11a. 90 days old or less:         1,128.60        -         0.00   = ....         $1,128.60
_____                _____
face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:           10,443.72        -         0.00   =....         $10,443.72
_____                _____
face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:            3,648.91        -         0.00   =....          $3,648.91
_____                _____
face amount                   doubtful or uncollectible accounts

**12.**   **Total of Part 3.**                                                   $74,109.51
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    Schiller Park Hospitality, LLC    Case number *(If known)*  1:25-bk-1447
_____Name_____

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** See Attached - Guest Rooms | | $0.00 | | $74,505.00 |
| See Attached - Computers | | $0.00 | | $2,100.00 |
| Washing Supplies | | $0.00 | | $500.00 |
| Gift Shop | | $0.00 | 50 | $500.00 |
| Room Supplies (cups, toiletries) | | $0.00 | | $2,500.00 |
| Towles and Linens | | $0.00 | | $5,000.00 |

23.   **Total of Part 5.**                                                                    $85,105.00

Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value        2,000.00   Valuation method                        Current Value                600.00

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Schiller Park Hospitality, LLC | Case number *(If known)* 1:25-bk-1447 |
|---|---|---|
| | Name | |

| 39. | **Office furniture** | | |
| | See Attached | $0.00 | $16,870.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. | Misc. artwork | $0.00 | $0.00 |
|---|---|---|---|

| 43. | **Total of Part 7.** | $16,870.00 |
|---|---|---|
| | Add lines 39 through 42.   Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2017 Ford Bus Shuttle 21 Passenger<br>400,000+ miles | $0.00 | | $2,000.00 |
|---|---|---|---|---|
| 47.2. | 2018 Ford Bus Shuttle 21 Passenger<br>400,000+ miles | $0.00 | | $2,000.00 |
| 47.3. | 2001 Ford F-250 | $0.00 | | $200.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | **Total of Part 8.** | $4,200.00 |
|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Schiller Park Hospitality, LLC _____    Case number (If known)   1:25-bk-1447
_____Name_____

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  10249 W. Irving Park Road Schiller Park, Illinois 60176 | Fee Simple | $0.00 | | $13,000,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $13,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** fourpointsohare.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** Marriot Franchise | $0.00 | | $50,000.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Schiller Park Hospitality, LLC                                    Case number *(If known)*    1:25-bk-1447
          Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $50,000.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 11:      All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☒ No.   Go to Part 12.
       ☐ Yes Fill in the information below.

| Debtor | Schiller Park Hospitality, LLC | Case number *(If known)* | 1:25-bk-1447 |
|--------|-------------------------------|--------------------------|--------------|
|        | Name                          |                          |              |

---

**Part 12:**     **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $351,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $82,599.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $74,109.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $85,105.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,870.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $13,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $663,883.51 | + 91b. $13,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,663,883.51 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
                                                                                        Best Case Bankruptcy

Schiller Park Hospitality
Inventory                                                      25-01447

| HR / Accounting Office | QTY | VALUE |
|---|---|---|
| | | |
| Desk | 2 | 20 |
| Chairs | 2 | 20 |
| Phones | 2 | 20 |
| File Cabinets | 4 | 100 |
| Pigeon Hole Holder | 1 | 10 |
| Mail Box | 3 | 15 |
| Ceiling Fan | 1 | 10 |
| | | |

| Front Desk | QTY | |
|---|---|---|
| | | |
| Phones | 3 | 30 |
| Video Cameras | 4 | 200 |
| Security Camera Monitor | 1 | 20 |
| Key Card Machine | 2 | 200 |
| Credit Card Electronic Imprint | 3 | 300 |
| Defibrillator | 1 | 100 |

| Front Desk Mgr Office | QTY | |
|---|---|---|
| | | |
| Desk | 1 | 25 |
| Chair | 1 | 10 |

| GM Office | QTY | |
|---|---|---|
| | | |
| Desk | 1 | 25 |
| Chair | 1 | 10 |
| Chair | 2 | 20 |
| Phone | 1 | 10 |
| Credenza | 1 | 25 |
| File Cabinet | 1 | 25 |
| | | |

| PBX | QTY | |
|---|---|---|
| | | |
| Desk | 2 | 50 |
| Chairs | 2 | 20 |
| Fax Machine | 1 | 25 |
| Phone | 1 | 10 |
| Phone | 1 | 10 |
| PBX Interface | 1 | 100 |
| Copying Machine | 1 | 200 |
| Time Clock | 1 | 25 |
| File Cabinet | 5 | 125 |
| File Cabinet | 1 | 25 |
| Dry/Erase Board | 2 | 10 |
| Cork Board | 2 | 10 |
| First Aid Box | 1 | 5 |
| Ceiling Fan | 1 | 10 |
| | | |

Offices - Equip. and Furniture - 1

Schiller Park Hospitality
Inventory                                                          25-01447

| Luggage/Storage Area | QTY | |
|---|---|---|
| | | |
| Luggage Partition | 1 | 20 |
| Coffee Maker | 1 | 10 |
| Safety Deposit Box | 1 | 25 |
| Refridgerator | 1 | 50 |
| Wall Picture | 1 | 5 |
| | | |
| | | |

| General Break Room | QTY | |
|---|---|---|
| | | |
| Table | 1 | 10 |
| Chairs | 5 | 50 |
| T.V. Stand | 1 | 10 |
| T.V. | 1 | 20 |
| Microwave | 1 | 25 |
| Lockers | 6 | 150 |
| | | |

| General Locker Room | QTY | |
|---|---|---|
| | | |
| Lockers | 27 | 500 |
| Ironing Board | 1 | 10 |
| Iron | 1 | 10 |
| | | |

| Storage Room | QTY | |
|---|---|---|
| | | |
| Computer Tower | 1 | 100 |
| Voicemail Computer | 1 | 100 |
| Monitors | 2 | 20 |
| Keyboards | 2 | 20 |
| Servers | 3 | 100 |
| Servers | 1 | 100 |
| | | |

| Houskeeping Mgr Office | QTY | |
|---|---|---|
| | | |
| Desk | 2 | 20 |
| Chairs | 2 | 20 |
| Phone | 1 | 10 |
| File Cabinet | 1 | 20 |
| Cork Board | 1 | 5 |
| First Aid Box | 1 | 5 |
| | | |

Schiller Park Hospitality
Inventory                                                           25-01447

| Houskeeping Department | QTY | |
|---|---|---|
| | | |
| Washers | 3 | 300 |
| Dryers | 3 | 300 |
| Maid Carts | 10 | 50 |
| Folding Tables | 2 | 20 |
| Laundry Carts | 8 | 80 |
| Vacuum Cleaners | 10 | 200 |
| Carpet Cleaners | 1 | 50 |
| Mop | 2 | 5 |
| Mop Buckets | 2 | 5 |
| Broom | 2 | 2 |
| Cribs | 4 | 40 |
| Rollaways | 8 | 80 |
| Phone | 1 | 10 |
| | | |
| | | |

| Houskeeping Break Room | QTY | |
|---|---|---|
| | | |
| Tables | 4 | 40 |
| Chairs | 10 | 100 |
| Refridgerator | 1 | 20 |
| Microwave | 2 | 20 |
| Coffee Maker | 1 | 5 |
| T.V. | 1 | 20 |
| Lockers | 32 | 500 |
| | | |

| Lobby | QTY | |
|---|---|---|
| | | |
| Sofas | 3 | 60 |
| Chairs | 12 | 120 |
| Ottomans | 2 | 20 |
| House Phones | 1 | 5 |
| Wall Pictures | 5 | 25 |
| Luggage Carts | 4 | 40 |
| Ceiling Lights | 5 | 50 |
| Garbage Can | 1 | 5 |
| 65" TV | 2 | 200 |
| Bench | 1 | 20 |
| Water Fountain | 1 | 20 |

| Pool | QTY | |
|---|---|---|
| | | |
| Tables | 5 | 50 |
| Chairs | 27 | 135 |
| Sun Bathing Chairs | 10 | 100 |
| Umbrellas | 4 | 20 |
| Side Table | 1 | 10 |
| Life Savers | 2 | 200 |
| Hamper | 1 | 10 |
| Garbage Can | 2 | 10 |
| Water Fountain | 1 | 20 |
| House Phone | 1 | 5 |

Schiller Park Hospitality
Inventory                                                                              25-01447

| Pool Bathrooms | QTY | |
|---|---|---|
| | | |
| Chairs | 1 | `10 |
| Hampers | 1 | 5 |
| Wall Pictures | 1 | 5 |
| | | |

| Fitness Center | QTY | |
|---|---|---|
| | | |
| Tredmills | 3 | 150 |
| Weight Pulley | 1 | 30 |
| Bikes | 1 | 50 |
| Eclyptic Glider | 2 | 1000 |
| Step Machine | 1 | 50 |
| Abdominal Machine | 1 | 50 |
| Weight Rack | 1 | 50 |
| Free Weights | 12 | 60 |
| Scale | 1 | 50 |
| House Phone | 1 | 5 |
| Magazine Rack | 1 | 10 |
| T.V. | 1 | 20 |
| Trash Can | 1 | 5 |
| Clock | 1 | 5 |
| | | |

| Sales Office | QTY | |
|---|---|---|
| | | |
| Desks | 3 | 30 |
| Chairs | 1 | 10 |
| Credenza | 1 | 25 |
| File Cabinet | 6 | 25 |
| Phone | 1 | 5 |
| Bookshelf | 1 | 20 |
| Refridgerator | 1 | 20 |
| Wall Pictures | 10 | 50 |
| | | |

| sales Foyer | Qty | |
|---|---|---|
| wall pictures | 15 | 75 |
| water fountain | 2 | 50 |

Schiller Park Hospitality
Inventory

25-01447

| Maintenance Department | QTY | |
|---|---|---|
| | | |
| Pressure Washer | 1 | 100 |
| Grinder | 1 | 100 |
| Sander | 1 | 100 |
| Bench Grinder | 1 | 100 |
| Reciprocating Saw | 1 | 100 |
| Table Saw | 1 | 100 |
| Wet tile saw | 1 | 100 |
| Compound Miter Saw | 1 | 100 |
| Circular Saw | 1 | 100 |
| Air Compressor | 1 | 100 |
| Air Compressor | 1 | 100 |
| Heat Gun | 1 | 50 |
| Drain Cleaning | 1 | 50 |
| Drain Cleaning | 1 | 50 |
| Dual Stage Snowthrower | 1 | 100 |
| Automative jump starters | 1 | 50 |
| Staple Gun | 1 | 25 |
| Hammer Drill | 1 | 25 |
| Bench Vice | 1 | 25 |
| Soldering Gun | 1 | 50 |
| Nailer Gun | 1 | 50 |
| Fiberglass Ladder | 1 | 100 |
| Fiberglass Ladder | 1 | 100 |
| | | |

| Maintenance Tools Sets | QTY | |
|---|---|---|
| | | |
| 4 in 1 screwdriver | 5 | 5 |
| Hammer | 5 | 10 |
| Tape Measure | 5 | 10 |
| Torx / Hex key set | 5 | 10 |
| Pliers | 5 | 10 |
| Utility Knife | 5 | 10 |
| Breakaway knife | 5 | 10 |
| Breakaway knife | 5 | 10 |
| Cordless drill | 5 | 25 |
| Needle Nose Pliers | 5 | 10 |
| Diagonal Cutting Pliears | 5 | 10 |
| Curved Needle Nose Pliers | 5 | 10 |
| Slipping pliers | 5 | 10 |
| Leverage Linesman Pliers | 5 | 10 |
| Channellock | 5 | 10 |
| Tub Drain Removal System | 5 | 50 |
| O-Ring Washer Pick | 5 | 5 |
| Caulking Gun | 5 | 20 |
| Sponge | 5 | 2 |
| Vise Grip | 5 | 10 |
| Adjustable wrenches | 5 | 20 |
| Telephone Tester | 5 | 20 |
| Electric Tester | 5 | 20 |
| | | |

Schiller Park Hospitality
Inventory                                                         25-01447

| Banquet Chairs/Tables | QTY | |
|---|---|---|
| | | |
| Blue Chairs | 57 | 285 |
| Banquet Chairs | 362 | 3620 |
| Boardroom Chairs | 14 | 140 |
| Risers | 5 | 25 |
| Classroom Tables | 55 | 1100 |
| Classroom Tables | 8 | 160 |
| Break Tables | 3 | 30 |
| Wide Tables | 5 | 100 |
| Linens | 48 | 96 |
| Skirts | 10 | 50 |
| Wall Pictures | 26 | 125 |
| | | |

| Banquet Equipment | QTY | |
|---|---|---|
| | | |
| Podiums | 2 | 50 |
| Standing Mic Stands | 2 | 50 |
| Flip Charts | 7 | 70 |
| Flip Chart old metal | 7 | 70 |
| 4byb White Boards | 2 | 20 |
| Easles | 6 | 60 |
| Speaker Stands | 2 | 20 |
| AV Carts | 2 | 50 |
| Coat Rack | 1 | 20 |
| | | |

| Banquet Electronics | QTY | |
|---|---|---|
| | | |
| LCD Projectors | 2 | 100 |
| LCD Projectors | 1 | 50 |
| Sound System | 1 | 100 |
| 4 Channell Mixers | 2 | 100 |
| Teleconference Phones | 3 | 60 |
| Handheld Microphones | 2 | 50 |
| Wireless Microphones | 2 | 50 |
| Wireless Microphones | 2 | 50 |
| Ten Foot Screens | 1 | 25 |
| | TOTAL | 16870 |

| Name | Serial | Vaue |
|------|--------|------|
| pc01-L-22528 | PW05R0VS | $ 100.00 |
| pc05-D-22528 | | $ 100.00 |
| pc08-D-22528 | MJ0KAVYP | $ 100.00 |
| pc06-D-22528 | MJ0K66R8 | $ 100.00 |
| pc07-D-22528 | | $ 100.00 |
| pc02-D-22528 | MJ0K7JT0 | $ 100.00 |
| DESKTOP-4V4J8SR | MJ0K644Y | $ 100.00 |
| pc04-D-22528 | MJ0KAVYQ | $ 100.00 |
| pc03-D-22528 | MJ0K7JT8 | $ 100.00 |
| pc03-L-22528 | PW07BW44 | $ 100.00 |
| pc02-L-22528 | PW07BW40 | $ 100.00 |
| SFTP-BACKUP | 9J8LFL2 | $ 100.00 |
| Training-PC | 2UA2150QTF | $ 100.00 |
| TERM01 | 2TY7NV1 | $ 100.00 |
| pc09-D-22528 | MJ0KNY0S | $ 100.00 |
| Admin-VING | 2UA51238GD | $ 100.00 |
| Arun-PC | MXL2220L2R | $ 100.00 |
| DESKTOP-8IQ5J7O | CR7LFL2 | $ 100.00 |
| FP-ORD-ENGINEER | BKY96F3 | $ 100.00 |
| FourPoints-Nico | 4S4W9Z1 | $ 100.00 |
| DESKTOP-FRA379D | MJ0FJ9GE | $ 100.00 |
| | | **$ 2,100.00** |

Schiller Park Hospitality

Inventory

| Rooms | DIS | NCK | NDD | VDD | NEK | VIP | SUITE | Totals | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| Beds | 3 | 125 | 244 | 10 | 34 | 5 | 1 | 422 | $ 4,220.00 |
| Chairs | 3 | 75 | 122 | 5 | 34 | 5 | 1 | 245 | $ 2,450.00 |
| Ottomans | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| Night Stands | 6 | 250 | 122 | 5 | 68 | 10 | 2 | 463 | $ 4,630.00 |
| T.V. Armoires | 0 | 0 | 0 | 0 | 0 | | 2 | 2 | $ 40.00 |
| Phones | 6 | 250 | 244 | 10 | 68 | 10 | 2 | 590 | $ 5,900.00 |
| Lamps | 3 | 90 | 90 | 5 | 34 | 5 | 1 | 228 | $ 2,280.00 |
| Sconces | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| Desk | 6 | 250 | 244 | 10 | 68 | 10 | 2 | 590 | $ 11,800.00 |
| Desk Chair | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| Coffee Maker | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 1,475.00 |
| Hair Dryer | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| Iron | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| Ironing Board | 3 | 125 | 122 | 5 | 34 | 5 | 1 | 295 | $ 2,950.00 |
| T.V. | 3 | 125 | 122 | 5 | 34 | 5 | 2 | 296 | $ 5,920.00 |
| wall lamps | 6 | 250 | 366 | 15 | 68 | 10 | 2 | 717 | $ 7,170.00 |
| Alarm Clocks | 3 | 125 | 122 | 5 | 34 | 5 | 2 | 296 | $ 1,480.00 |
| Mirrors | 3 | 125 | 122 | 5 | 34 | 5 | 3 | 297 | $ 1,485.00 |
| Wall Pictures | 6 | 250 | 244 | 10 | 68 | 10 | 4 | 592 | $ 2,960.00 |
| Refridgerator | 4 | 0 | 0 | 38 | 31 | 34 | 1 | 108 | $ 2,160.00 |
| Microwave | 0 | 0 | 0 | 38 | 0 | 34 | 1 | 73 | $ 1,460.00 |
| Sofa / Love Seat | | | | | | | 1 | 1 | $ 25.00 |
| | | | | | | | | | |

| Floors | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Tables | 2 | 2 | 2 | 2 | 2 | 3 | 4 | 17 | $ 340.00 |
| Mirrors | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 13 | $ 130.00 |
| House Phones | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | $ 140.00 |
| Ice Machine | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | $ 700.00 |
| Garbage cans | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 8 | $ 40.00 |
| | | | | | | | | TOTAL | $ 74,505.00 |

**Fill in this information to identify the case:**

Debtor name   Schiller Park Hospitality, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-1447

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** CRE Bridge Capital<br>Creditor's Name<br>167 North Green Street Suite 400<br>Chicago, IL 60607<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>10249 W. Irving Park RoadSchiller Park, Illinois 60176<br><br>**Describe the lien** | $9,000,000.00 | $13,000,000.00 |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $9,000,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Cook County Clerk<br>118 N. Clark Street<br>Room 434<br>Chicago, IL 60602 | Line  2.1 | |
| Cook County States Attorney<br>50 West Washington Street<br>Chicago, IL 60601 | Line  2.1 | |

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Cook County Treasurer<br>118 N. Clark<br>Chicago, IL 60602 | Line | 2.1 |

| | | |
|---|---|---|
| William S. Schwartz<br>Levenfeld Perlstein, LLC<br>400 Skokie Blvd., Suite 800<br>Northbrook, IL 60062 | Line | 2.1 |

**Fill in this information to identify the case:**

Debtor name ___Schiller Park Hospitality, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:25-bk-1447___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Cook County Department of Revenue
118 N. Clark
Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$168,978.46**    Priority amount **$168,978.46**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
Cook County Treasurer
118 N. Clark
Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$343,936.66**    Priority amount **$0.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.3** Priority creditor's name and mailing address
Illinois Department of Employment Securi
P.O. Box 19299
Springfield, IL 62794-9299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **ONLY**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

**2.4**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,902.75   $0.00 |
| Illinois Department of Revenue | Check all that apply. | |
| P.O. Box 19035 | ☐ Contingent | |
| Springfield, IL 62794 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | |

**2.5**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00   $0.00 |
| Internal Revenue Service | Check all that apply. | |
| PO Box 7346 | ☐ Contingent | |
| Philadelphia, PA 19101-7346 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number ONLY | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | |

**2.6**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,504.56   $0.00 |
| Village of Schiller Park - Occup and | Check all that apply. | |
| Par | ☐ Contingent | |
| 9526 West Irving Park Rd | ☐ Unliquidated | |
| Schiller Park, IL 60176-1984 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | |

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $931,216.08 |
| Aimbridge | | |
| 5301 Headquarters Dr | ☐ Contingent | |
| Plano, TX 75024 | ☐ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

**3.2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,215.28 |
| American Coffee Service | | |
| PO Box 601120 | ☐ Contingent | |
| Cleveland, OH 44103 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,160.29 |
|---|---|---|---|

Arun Sharma
10249 W. Irving Park Rd
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,600.00 |
|---|---|---|---|

Assa Abloy Global Solutions
PO Box 676947
Dallas, TX 75267-6947

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.47 |
|---|---|---|---|

AT&T
PO Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,308.85 |
|---|---|---|---|

AT&T
PO Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $659.63 |
|---|---|---|---|

ATS Electronics
4551 Newcastle
Harwood Heights, IL 60706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.00 |
|---|---|---|---|

Audio Visual One
9611 W. Foster Avenue
Schiller Park, IL 60176-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $306.00 |
|---|---|---|---|

BALLARD ROSENBERG & GOLPER
15760 Ventura Blvd, 18th FL
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,619.80 |
|---|---|---|---|

Bill's Auto & Truck Repair
1216 Rand Rd
Des Plaines, IL 60016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _   Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,991.02

Brink's Incorporated
PO Box 18100
Des Plaines, IL 60016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,160.15

Canon Financial Services Inc
158 Gaither Dr
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $617.00

Canon Solutions America, Inc.
One Canon Park
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.00

Centrada Solutions LLC
5010 Riverside Dr, #300
Irving, TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00

Chem-Wise Pest management
350 Bennet Rd
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.88

Cintas
6001 W. 74rd Street
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.71

Cintas
6001 W. 74rd Street
Chicago, IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,980.00

Clouds Communication
PO Box 772475
Detroit, MI 48277-2475

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89,461.88**

Commonweath Edison
PO Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,178.84**

Commonweath Edison
PO Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119.00**

Concentra Medical Centers
PO Box 488
Lombard, IL 60148-0488

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.50**

Concentra Medical Centers
PO Box 488
Lombard, IL 60148-0488

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,511.71**

Consolidated Hospitality Centers
PO Box 677130
Dallas, TX 75267-5471

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147,551.09**

Constellation Newenery-Gas Division LLC
PO Box 5471
Carol Stream, IL 60197-5471

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$564.32**

CSI Group International Inc
PO Box 51167
Summerville, SC 29485-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,635.81**

Deluxe Branded Marketing
PO Box 645633
Cincinnati, OH 45264-5633

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
Digital Minnds Inc
9501 W Devon Ave, Suite 603
Des Plaines, IL 60018-5006

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,650.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
DirectTV
PO Box 5006
Carol Stream, IL 60197-5006

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,195.03

---

**3.29** | **Nonpriority creditor's name and mailing address**
Easy Ice LLC
PO Box 650769
Dallas, TX 75265-0769

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,681.80

---

**3.30** | **Nonpriority creditor's name and mailing address**
Ecolab
PO Box 70343
Chicago, IL 60673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,137.60

---

**3.31** | **Nonpriority creditor's name and mailing address**
Edward Dom & Company
2562 Paysphere Circle
Chicago, IL 60674

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$744.08

---

**3.32** | **Nonpriority creditor's name and mailing address**
Enterprise Hospitality Staffing
1420 W. Mockingbird Lane, Suite 575
Dallas, TX 75247

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$77,312.50

---

**3.33** | **Nonpriority creditor's name and mailing address**
Equipment International, Ltd
877 Ferris Ave
Morton Grove, IL 60053

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,386.32

---

**3.34** | **Nonpriority creditor's name and mailing address**
Expedia Group
1111 Expedia Group Way W.
Seattle, WA 98118

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,731.86

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

**3.35** Nonpriority creditor's name and mailing address
Federal Express
3644 S. Archer Ave
Chicago, IL 60609

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$39.96

---

**3.36** Nonpriority creditor's name and mailing address
Fox Valley Fire & Safety Co
2730 Pinnacle Dr
Elgin, IL 60124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$271.00

---

**3.37** Nonpriority creditor's name and mailing address
Freepoint Energy Solutions LLC
3050 Post Oak Blvd, Suite 1330
Houston, TX 77056

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$25,467.04

---

**3.38** Nonpriority creditor's name and mailing address
General Mechanical HVAC
7706 N. Waukegan Rd
Niles, IL 60714

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$10,851.13

---

**3.39** Nonpriority creditor's name and mailing address
Grainger
3240 Manheim Rd
Franklin Park, IL 60131-1532

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$11,242.16

---

**3.40** Nonpriority creditor's name and mailing address
Ground Pros Inc
PO Box 477
Itasca, IL 60143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$2,117.00

---

**3.41** Nonpriority creditor's name and mailing address
Guest Supply, Inc.
PO Box 6771
Somerset, NJ 08875-6771

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$17,913.21

---

**3.42** Nonpriority creditor's name and mailing address
HD Supply Facilities Main.
PO Box 404468
Atlanta, GA 30384-4468

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$25,098.80

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,519.84 |
|---|---|---|---|
| | HD Supply Facilities Main.<br>PO Box 404468<br>Atlanta, GA 30384-4468 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $960.00 |
|---|---|---|---|
| | Horizon Dispatch Services<br>440 Benmar Dr, Suite 1088 Unit A30<br>Houston, TX 77060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,342.00 |
|---|---|---|---|
| | Informa Markets<br>222 West Las Colinas Blvd, Suite 450E<br>Irving, TX 75039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,159.30 |
|---|---|---|---|
| | Insight<br>PO Box 731069<br>Dallas, TX 75373-1069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,416.00 |
|---|---|---|---|
| | JRL Lawn Sprinkling System Inc<br>PO Box 1915<br>Lombard, IL 60148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.61 |
|---|---|---|---|
| | Lexyl Travel Technologies LLC<br>PO Box 645452<br>Pittsburgh, PA 15264-5452 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $549.93 |
|---|---|---|---|
| | M & M Automotive Inc<br>3141 River Road<br>River Grove, IL 60171 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,625.72 |
|---|---|---|---|
| | M7 Services LLC<br>1310 Rankin Rd, Suite 300<br>Houston, TX 77073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Schiller Park Hospitality, LLC | Case number *(if known)* | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $475.80
Maris Lighting Company LLC
204 Shady Dale Rd
Eatonton, GA 31024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $502,616.61
Marriot International
13682 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,918.87
McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $562.50
Med-Alert International Corp.
25003 Pitkin Rd
Spring, TX 77386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,310.47
Mirage Restaurant
10255 IL-19
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $729.76
Mood Media
2100 IH-35 Frontage Rd, Suite 200
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,810.82
Navisite LLC
400 Minuteman Rd
Andover, MA 01810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,729.10
Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**
Office Depot Inc
6600 N. Military Trl
Boca Raton, FL 33487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$725.09

---

**3.60**

**Nonpriority creditor's name and mailing address**
Olson's Ace Hardware
10135 W. Grand Ave
Franklin Park, IL 60131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,950.93

---

**3.61**

**Nonpriority creditor's name and mailing address**
Onpeak LLC
7000 Lindell Rd
Northbrook, IL 89118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,047.50

---

**3.62**

**Nonpriority creditor's name and mailing address**
Pepsi Cola
75 Remittance Rd, Suite 1884
Chicago, IL 60675-1884

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$13,675.58

---

**3.63**

**Nonpriority creditor's name and mailing address**
Pepsi Cola
75 Remittance Rd, Suite 1884
Chicago, IL 60675-1884

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,153.18

---

**3.64**

**Nonpriority creditor's name and mailing address**
PHMG
401 North Michigan Ave, Suite 2550
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$253.75

---

**3.65**

**Nonpriority creditor's name and mailing address**
Pinnacle Communications
1626 Tom Williams Dr. S
Fargo, ND 58104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,275.00

---

**3.66**

**Nonpriority creditor's name and mailing address**
Plasticard - Locktech International
1220 Trade Dr., #101
North Las Vegas, NV 89030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$3,970.89

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
Revenue Recovery Specialists, LLC
3564 Avalon Parl Blvd, Suite 195
Orlando, FL 32828

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,749.41

---

**3.68**

**Nonpriority creditor's name and mailing address**
Rosemont Chamber of Commerce
9501 Technology Blvd, Suite 4114
Rosemont, IL 60018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$940.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
Royal Cup Inc
PO Box 841000
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$6,801.44

---

**3.70**

**Nonpriority creditor's name and mailing address**
RR Donnelley
4101 Winfield Rd
Warrenville, IL 60555

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$3,637.85

---

**3.71**

**Nonpriority creditor's name and mailing address**
Sabre Hospitality Solutions
3150 Sabre Dr
Southlake, TX 76092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$69.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
Scentair Technologies, LLC
3810 Shutterfly Rd, Suite 900
Charlotte, NC 28217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$361.76

---

**3.73**

**Nonpriority creditor's name and mailing address**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$16,909.50

---

**3.74**

**Nonpriority creditor's name and mailing address**
Sheperd & Assoc. LLC
PO Box 7368
Canton, OH 44705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$140.00

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.75**

**Nonpriority creditor's name and mailing address**
Sherwin-Williams
117 E. North Avenue
Melrose Park, IL 60164-2523

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$2,410.51

---

**3.76**

**Nonpriority creditor's name and mailing address**
Slawomir Stachura
10249 W. Irving Park Road
Schiller Park, IL 60176

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$5,824.69

---

**3.77**

**Nonpriority creditor's name and mailing address**
SMG Security Holdings LLC
PO Box 775520
Chicago, IL 60677-5520

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$112.86

---

**3.78**

**Nonpriority creditor's name and mailing address**
Sprint/Nextel Communications
6200 Sprint Parkway
Overland Park, KS 66251

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$2,496.07

---

**3.79**

**Nonpriority creditor's name and mailing address**
Sysco Corporation
PO Box 5037
Des Plaines, IL 60017-5037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$10,547.65

---

**3.80**

**Nonpriority creditor's name and mailing address**
Sysco Food Service - Chicago
PO Box 5037
Des Plaines, IL 60017-5037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$5,127.08

---

**3.81**

**Nonpriority creditor's name and mailing address**
TA Connections IL LLC
PO Box 74008563
Chicago, IL 60674-8563

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$719.50

---

**3.82**

**Nonpriority creditor's name and mailing address**
The American Automobile Accoc. Inc.
1000 AAA Dr.
Heathrow, FL 32746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

$5,869.60

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $322.57
The Home Depot Pro
2455 Paces Ferry Rd SE
Atlanta, GA 30339-4024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,401.57
Truly Good Foods
1100 Continental Blvd
Charlotte, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $456.77
Uline
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,675.39
Uniquest Inc
2926 Kraft Dr
Nashville, TN 37204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,647.79
United Here Health
PO Box 809335
Chicago, IL 60680-9335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,288.40
United Here Local #450
5600 River Road, Suite 841
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $281.40
Valet Express
98 Downing Rd
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,489.93
Village of Schaumburg
101 Schaumburg Ct
Schaumburg, IL 60193-1881

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.10 |
|---|---|---|---|

Village of Schiller Park
9526 West Irving Park Rd
Schiller Park, IL 60176-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

Village of Schiller Park - Fire Dept
9526 West Irving Park Rd
Schiller Park, IL 60176-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,429.83 |
|---|---|---|---|

Village of Schiller Park - Water and Sew
9526 West Irving Park Rd
Schiller Park, IL 60176-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,597.49 |
|---|---|---|---|

Windstream Communications
4005 N. Rodney Parham Rd
Little Rock, AR 72212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,904.46 |
|---|---|---|---|

WM Corporate Service Inc
PO Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Cook County Assessor<br>118 N Clark St #320<br>Chicago, IL 60602 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62701 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Line  2.4<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Schiller Park Hospitality, LLC | Case number (if known) | 1:25-bk-1447 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | Illinois Department of Employment Securi<br>PO Box 4385<br>Chicago, IL 60680 | Line  2.3 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 747,322.43 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,306,977.67 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | 3,054,300.10 |

**Fill in this information to identify the case:**

Debtor name  Schiller Park Hospitality, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)  1:25-bk-1447

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Franchise |
|     State the term remaining | |
|     List the contract number of any government contract | Marriot International<br>13682 Collections Center Dr<br>Chicago, IL 60693 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease provides free meals to guests in lieu of rent |
|     State the term remaining | 8.5 years |
|     List the contract number of any government contract | Mirage<br>11250 W. Irving Park Road<br>Schiller Park, IL 60176 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Schiller Park Hospitality, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:25-bk-1447___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Amin Amdani | 300 Pebblebrook<br>Northbrook, IL 60062 | CRE Bridge Capital | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Bimal Doshi | 420 E. Waterside Dr., Unit 1314<br>Chicago, IL 60601 | CRE Bridge Capital | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Fouzan Memon | 3216 Lindenwood Lane<br>Glenview, IL 60025 | CRE Bridge Capital | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Paul Busching | 440 N. McClurg Ct, Unit 617<br>Chicago, IL 60611 | CRE Bridge Capital | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Sayta Mehta | 1614 N. Yale Ave<br>Arlington Heights, IL 60004 | CRE Bridge Capital | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |